```
              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**KENDRICK FELTON SHORTS**                       CIVIL ACTION

**VERSUS**                                       NO. 12-2245

**CIA-MR. ALLEN, ET AL.**                        SECTION: "J"(3)


### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 29th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE